UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION



| | |
|---|---|
| PULSE (People United to Lead the Struggle For Equality, Inc.); REV. RICHARD DUNN; REV. VANE EUBANKS; REV. CHARLES WEATHERSPOON and RALPH PACKINGHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MIAMI; et al.,<br><br>Defendants. | CASE NO. 96-3327-CIV-KING<br>Magistrate Judge Garber<br><br><br><br>JOINT MOTION AND STIPULATION TO DROP PARTIES |

COME NOW the Plaintiffs, PULSE; et al., and Defendants, Dade County Canvassing Board, the members of the Dade County Canvassing Board and their successors and agents, and David Leahy, Supervisor of Dade County Division of Elections, pursuant to Fed.R.Civ.P. 21, and would jointly move the Court to drop the moving Defendants from the above-styled action based on the following stipulation:

1. The Dade County Canvassing Board and its members, whose duties are set out in Section 102.141, Florida Statutes (1989), is "a neutral body whose functions are ministerial in nature." Morse v. Dade County Canvassing Board, 456 So.2d 1314, 1316 (Fla. 3d DCA, 1984). Similarly, as supervisor of Dade County's Division of Elections, Defendant David Leahy's functions are ministerial in nature insofar as they relate to the

- 1 -



Case No. 96-3327-CIV-KING
Magistrate Judge Garber

administration of elections for the City of Miami. Section 102.012, Florida Statutes (1989).

2. None of the moving Defendants has any substantive interest in the at-large method of electing members to the City of Miami Board of Commissioners or the at-large method of electing the Mayor of the City of Miami.

3. All of the moving Defendants stipulate and agree to abide by any orders, injunctions, judgments or decrees entered in this action concerning the conducting, supervising or certifying of results of future elections for the City of Miami Board of Commissioners and the Mayor of the City of Miami.

Based on the foregoing stipulation, the Plaintiffs, PULSE, et al., and Defendants Dade County Canvassing Board, the members of the Dade County Canvassing Board and their successors and agents, and David Leahy, Supervisor of Dade County Division of Elections, would jointly request pursuant to Fed.R.Civ.P. 21 that this Court enter an order dropping the moving Defendants from this action.

DATED this 11th day of February, 1997.

_____
Donna M. Ballman, Esquire
Fla. Bar No. 611336
13899 Biscayne Boulevard
Suite 154
N. Miami Beach, FL 33181
Attorney for Plaintiffs
PULSE; et al

_____
Robert A. Duvall, Esquire
Fla. Bar No. 256293
Stephen P. Clark Center
Suite 2810
111 N.W. 1st Street
Miami, FL 33128-1993
Attorney for Defendants
Dade County Canvassing
Board; et al