UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-3327-CIV-KING

Magistrate Judge Garber

PULSE (People United to Lead the Struggle )
for Equality, Inc.), REV. RICHARD DUNN, )
REV. VANE EUBANKS, REV. CHARLES )
WEATHERSPOON and RALPH )
PACKINGHAM, )
)                              **NOTICE OF APPEARANCE**
  Plaintiffs, )
)
v. )
)           NIGHT BOX
)            FILED
CITY OF MIAMI et al., )
)          MAR 1 1 1997
  Defendants. )
)          CARLOS JUENKE
              CLERK, USDC / SDFL / MIA

The law firm of Greenberg, Traurig, Hoffman, Lipoff, Rosen & Quentel ("Greenberg

Traurig"), hereby gives notice of its appearance on behalf of Tomas Regalado, Commissioner of

GREENBERG TRAURIG HOFFMAN LIPOFF ROSEN & QUENTEL, P.A.
1221 BRICKELL AVENUE  MIAMI, FLORIDA 33131   305-579-0500   FAX 305-579-0717
MIAMI   NEW YORK   WASHINGTON, D.C.
FORT LAUDERDALE   WEST PALM BEACH   TALLAHASSEE   ORLANDO



the City of Miami, in the above-captioned proceeding. Accordingly, any and all papers and pleadings directed to Tomas Regalado should be sent to the care of undersigned counsel

Respectfully submitted,

GREENBERG, TRAURIG, HOFFMAN,
  LIPOFF, ROSEN & QUENTEL, P.A.
Attorneys for Defendant, Tomas Regalado,
Commissioner of the City of Miami
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500

*fol*   ALAN T. DIMOND
        Florida Bar No. 111017
        MIGUEL A. DeGRANDY
        Florida Bar No. 332331
        ARTHUR C. YOUNG
        Florida Bar No. 038903

MIAMI3/YOUNGA/109142/2c7q01!.DOC/3/13/97 -2-

GREENBERG TRAURIG HOFFMAN LIPOFF ROSEN & QUENTEL, P.A.
1221 BRICKELL AVENUE  MIAMI, FLORIDA 33131  305-579-0500  FAX 305-579-0717
MIAMI  NEW YORK  WASHINGTON, D.C.
FORT LAUDERDALE  WEST PALM BEACH  TALLAHASSEE  ORLANDO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF APPEARANCE has been served by U.S. Mail upon Donna M. Ballman, P.A., 13899 Biscayne Boulevard, Suite 154, North Miami Beach, Florida, 33181, on this 11th day of March, 1997.

ARTHUR C. YOUNG