UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-3327-CIV-KING

PULSE (People United to Lead the
Struggle for Equality, Inc.),
REV. RICHARD DUNN, REV. VANE
EUBANKS, REV. CHARLES
WEATHERSPOON and RALPH
PACKINGHAM

    Plaintiffs,

vs.

CITY OF MIAMI et al.,

    Defendants.
_____/


FILED by VC D.C.
JAN 0 8 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DISMISSING CASE;
## REFERRING TO MAGISTRATE DETERMINATION OF ATTORNEY'S FEES AND COSTS

THIS CAUSE is before the Court upon Plaintiffs' Motion to Dismiss as Moot and For Determination of Entitlement to Attorney's Fees and Costs. Plaintiffs state that they have already achieved the relief sought and that they wish to dismiss the above-styled case.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that the above-styled case be, and the same is hereby, DISMISSED. It is further

ORDERED and ADJUDGED that, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Plaintiffs' Motion for Determination of Entitlement to


51
15

Attorney's Fees and Costs, be and the same is hereby, REFERRED to the Hon. Barry L. Garber, United States Magistrate-Judge for the Southern District of Florida, to take all necessary and proper action as required by law.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida, this 7th day of January, 1998.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Hon. Barry L. Garber, U.S. Magistrate
    Donna M. Ballman, Esq.
    Charles Mays, Esq.