UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PULSE (People United to Lead the
Struggle For Equality, Inc.), Rev.
Richard Dunn, Rev. Vane Eubanks,
Rev. Charles Weatherspoon and
Ralph Packingham,

CASE NO. 96-3327-CIV-KING

Magistrate Judge Garber



          Plaintiffs,

v.

City of Miami,

          Defendant.
_____/

## ORDER DETERMINING ENTITLEMENT TO ATTORNEY'S AND COSTS

THIS CAUSE, having come before this Court on February 5, 1998, upon Plaintiffs' Motion for Determination of Entitlement to Attorney's Fees and Costs, filed December 17, 1997, and the Court having heard the argument of counsel and the being otherwise fully advised it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for Determination of Entitlement to Attorney's Fees and Costs be, and the same is hereby, GRANTED. Plaintiffs are the prevailing parties in this action, in accordance with Southeastern Fisheries Assoc. v. Chiles, 876 F. Supp. 270 (S.D. Fla. 1995).

This Court reserves jurisdiction to determine the amount of attorney's fees and costs to which Plaintiffs are entitled.



DONE AND ORDERED in Chambers at the United States Courthouse, Miami, FL, this 5th day of February, 1998.

Barry S. Garber, United States
District Court Magistrate Judge

cc: Charles Mays, Esq.
Donna M. Ballman, Esq.
Stephen M. Cody, Esq.