UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-3327 CIV-KING

P.U.L.S.E. (People United to Lead the
Struggle for Equality, Inc.), RICHARD
DUNN, VANE EUBANKS, CHARLES
WEATHERSPOON and RALPH
PACKINGHAM,

    Plaintiffs,

v.

CITY OF MIAMI, CITY OF MIAMI
BOARD OF COMMISSIONERS, JOE
CAROLLO, WILFREDO GORT, J.L.
PLUMMER, TOMAS REGALADO,
HUMBERTO HERNANDEZ, DADE
COUNTY CANVASSING BOARD,
MEMBERS OF THE DADE COUNTY
CANVASSING BOARD, and DAVID
LEAHY,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' OBJECTIONS TO MAGISTRATE'S ORDER

THIS CAUSE comes before the Court on Plaintiffs' Objections To Order On Motion For Award Of Fees And Costs And For Summary Judgment On Issue of Lodestar And Costs, filed July 9, 1998. Magistrate Judge Barry L. Garber's Order was issued on June 29, 1998. The Clerk informs the Court that Defendants have filed no response, and the time to do so has passed.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Plaintiffs' Objections To Order On Motion For Award

Of Fees And Costs And For Summary Judgment On Issue of Lodestar And Costs, be, and the same are hereby, DENIED. The Magistrate's Order of June 29, 1998 stands.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, this 5th day of August, 1998.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Hon. Barry L. Garber, U.S. Magistrate Judge
Donna M. Ballman, Esquire
Charles Mays, Esquire