UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PULSE et. al.

       Plaintiffs,

v.

CITY OF MIAMI, et. al.

       Defendants.
_____/

CASE NO. 96-3327-CIV-KING
MAGISTRATE JUDGE GARBER

**ORDER**

THIS CAUSE is before this Court on Plaintiffs' Motion for Extension of Any Deadlines. Plaintiffs are requesting that this Court extend any and all deadlines in this case for eight weeks because of lead counsel's maternity leave. A review of the record reveals that there is co-counsel in this case.

Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Extension of Any Deadlines is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 0 day of August, 1998.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies supplied to
District Judge Highsmith
Counsel of Record